**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DAWN WILSON,

          Plaintiff,

-vs-                                          Case No.  2:07-cv-438-FtM-34SPC

J.D. TREE SERVICE, INC.,

          Defendant.
_____

**REPORT AND RECOMMENDATION**

This matter comes before the Court on the Amended Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgement (Doc. # 45) filed on June 5, 2008.

This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq*. The Parties have reached a settlement agreement and seek court approval of that agreement. In Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-1355 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness."

In the Joint Motion for Approval submitted by the Parties, (Doc. # 35), the Parties provide that the Defendants will pay the Plaintiff $2000.00 in lost overtime wages and 100% of the Plaintiff's agreed upon settlement sum plus attorney's fees. The Plaintiff's Attorney states she spent 35.7 hours on the case at $300.00 per hour for a total $10,710.00 but reduced the fees to a consolidated $8,000.00 in fees and costs. The costs constituted $578.25 which included the $350.00 filing.

Because the Plaintiff Dawn Wilson has agreed that the settlement figure of $2000.00 was entered into knowingly and voluntarily, after having the opportunity to fully discuss it with her attorney, the Court concludes that the proposed settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA.

Accordingly, it is now

**RESPECTFULLY RECOMMENDED:**

The Plaintiff Dawn Wilson and the Defendant J.D. Tree Service, Inc.'s Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. # 45) should be **GRANTED** and the settlement agreement should be **APPROVED** by the District Court. It is further respectfully recommended the case should be **DISMISSED with Prejudice** pursuant to the agreement of the Parties and the Clerk should be directed to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended at Fort Myers, Florida, this ___6th___ day of June, 2008.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record